No. 480. WOLFE ET AL., DOING BUSINESS AS DUTCH PAINT CO. ETC., *v.* NATIONAL LEAD CO. ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this application. *Joseph L. Alioto* and *Elwood S. Kendrick* for petitioners. *Robert E. Burns, Milton Handler* and *John B. Henrich* for the National Lead Co., and *Eugene D. Bennett* and *Francis R. Kirkham* for E. I. du Pont de Nemours & Co., respondents.

No. 487. ELLIOTT *v.* PACIFIC FAR EAST LINE, INC. C. A. 9th Cir. Certiorari denied. *David A. Fall* for petitioner. *Lasher B. Gallagher* for respondent.

No. 14, Misc. EATON *v.* BIBB ET AL. C. A. 7th Cir. Certiorari denied.

No. 19, Misc. GREEAR *v.* SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied. Petitioner *pro se.* *John G. Fox,* Attorney General of West Virginia, and *Fred H. Caplan,* Assistant Attorney General, for respondent.

No. 32, Misc. MOHLER *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied. Petitioner *pro se.* *Thomas M. Kavanagh,* Attorney General of Michigan, and *Edmund E. Shepherd,* Solicitor General, for respondent.

No. 140, Misc. SELBY *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 145, Misc. BAILEY *v.* SMYTH, SUPERINTENDENT, VIRGINIA PENITENTIARY. C. A. 4th Cir. Certiorari denied. *Samuel W. Tucker* and *William Davis Butts* for petitioner.